IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02091-KAS

MARIO FABIAN VALENZUELA ROBLES,

      Petitioner,

v.

GEORGE VALDEZ, in his official capacity as Acting Director of ICE's Denver Field Office,
JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility,
MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, and
TODD BLANCHE, in his official capacity as Attorney General of the United States,

      Respondents.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Petitioner's **Motion to Enforce** [#18] (the "Motion").

IT IS HEREBY **ORDERED** that a Motion Hearing is **SET** for **September 21, 2026, at 1:30 p.m.** in Courtroom A-501, Fifth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

Dated: August 13, 2026